## United States Bankruptcy Court
### District of Kansas

**IN RE:** Trump, Laura Lynn _____

Case No. _____

Chapter **13** _____

Debtor(s)

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

_____

_____

.

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on **July 15, 2010** _____ (date) by */s/ Laura Lynn Trump* _____ (debtor)



Home  Logout  Help

## Payslip

| | |
|---|---|
| Associate Name **Laurie Trump** | Email Address **ltrump@humana.com** |
| Associate ID Number **167472** | Business Group **Humana Corporate** |

Choose a Payslip  02-JUL-2010 - 167472 - Check 1  ( Go )

( Frequently Asked Questions )
( Payslip Help )

| | |
|---|---|
| Associate **Laurie L. Trump** | Employer name **Humana Insurance Company** |
| Employee Address **16601 W 132nd Circle** | Organization **HIC Market Clinical - Sr Prd - Regional** |
| **Olathe** | |
| **KS** | Location **PR-Mkt Off-KC&Missou** |
| **66062** | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 02-Jul-2010 | 13-Jun-2010 | 26-Jun-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 894560329 | Community America Credit Union | C | XXXXXX5708 | 1,455.32 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,210.69 | 365.82 | 371.96 | 13.09 | 1,455.32 |
| **YTD** | 30,807.85 | 4,962.57 | 5,293.80 | 170.17 | 20,322.81 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | 16.00 | 441.24 | 882.48 |
| Holiday Pay | | 0.00 | 882.48 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | 8.00 | 220.64 | 644.83 |
| On Call Payments | | 0.00 | 2,205.00 |
| Personal Day 1 | | 0.00 | 441.24 |
| Time Entry Wages | 56.00 | 1,544.31 | 24,709.00 |
| STIP | | 0.00 | 441.24 |
| Basic Life | | 4.50 | 58.50 |

### Rate Details

Payslip

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 121.97 | 1,585.61 |
| Dental | 23.23 | 301.99 |
| Pre Tax 401K US | 220.62 | 3,074.97 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 155.67 | 2,216.94 |
| Social Security | 128.06 | 1,793.06 |
| Medicare | 29.95 | 419.34 |
| KS State Tax | 58.28 | 864.46 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 170.17 |

## Accruals

| Description | Balance |
|---|---|
| STIP | 9.85 |
| Short Term Disability | 0.00 |
| Vacation | 25.54 |
| Personal Holiday | 0.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.

/OA_HTML/RF.jsp?function_id=1004572&resp_id=50229...   7/10/2010

Payslip

# HUMANA.
Guidance when you need it most

## Payslip

| | | | |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | **ltrump@humana.com** |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip   18-JUN-2010 - 167472 - Check 1   ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate Employee Address | **Laurie L. Trump**<br>**16601 W 132nd Circle**<br>**Olathe**<br>**KS**<br>**66062** | Employer name | **Humana Insurance Company** |
| | | Organization | **HIC Market Clinical - Sr Prd - Regional** |
| | | Location | **PR-Mkt Off-KC&Missou** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 18-Jun-2010 | 30-May-2010 | 12-Jun-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 886553195 | Community America Credit Union | C | XXXXXX5708 | 1,613.36 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,460.66 | 390.82 | 438.89 | 13.09 | 1,613.36 |
| **YTD** | 28,597.16 | 4,596.75 | 4,921.84 | 157.08 | 18,867.49 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | 8.00 | 220.62 | 882.48 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 250.00 | 2,205.00 |
| Personal Day 1 | | 0.00 | 441.24 |
| Time Entry Wages | 72.00 | 1,985.54 | 23,164.69 |
| STIP | | 0.00 | 441.24 |
| Basic Life | | 4.50 | 54.00 |

### Rate Details

Case 10-22422   Doc# 3   Filed 07/15/10   Page 4 of 29

7/10/2010

...rc=PAY_PAYSLIP_TOP_SS&_ri=8...

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 23.23 | 278.76 |
| Medical | 121.97 | 1,463.64 |
| Pre Tax 401K US | 245.62 | 2,854.35 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 189.42 | 2,061.27 |
| Social Security | 143.56 | 1,665.00 |
| Medicare | 33.57 | 389.39 |
| KS State Tax | 72.34 | 806.18 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 157.08 |

## Accruals

| Description | Balance |
|---|---|
| Vacation | 36.92 |
| STIP | 14.77 |
| Short Term Disability | 0.00 |
| Personal Holiday | 0.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

https://oracleapps.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...    7/10/2010

Payslip



HUMANA.
*Guidance when you need it most*

## Payslip

| | | | |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | ltrump@humana.com |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip    04-JUN-2010 - 167472 - Check 1    ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate | **Laurie L. Trump** | Employer name | **Humana Insurance Company** |
| Employee Address | **16601 W 132nd Circle** | Organization | **HIC Market Clinical - Sr Prd - Regional** |
| | **Olathe** | | |
| | **KS** | Location | **PR-Mkt Off-KC&Missou** |
| | **66062** | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 04-Jun-2010 | 16-May-2010 | 29-May-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 878818831 | Community America Credit Union | C | XXXXXX5708 | 1,761.94 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,695.66 | 414.32 | 501.81 | 13.09 | 1,761.94 |
| **YTD** | 26,136.50 | 4,205.93 | 4,482.95 | 143.99 | 17,254.13 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 485.00 | 1,955.00 |
| Personal Day 1 | | 0.00 | 441.24 |
| Time Entry Wages | 80.00 | 2,206.16 | 21,179.15 |
| STIP | | 0.00 | 441.24 |
| Basic Life | | 4.50 | 49.50 |

### Rate Details

https://eracleapps.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...    7/10/2010

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 121.97 | 1,341.67 |
| Dental | 23.23 | 255.53 |
| Pre Tax 401K US | 269.12 | 2,608.73 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 221.14 | 1,871.85 |
| Social Security | 158.13 | 1,521.44 |
| Medicare | 36.98 | 355.82 |
| KS State Tax | 85.56 | 733.84 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 143.99 |

## Accruals

| Description | Balance |
|---|---|
| Short Term Disability | 0.00 |
| Personal Holiday | 0.00 |
| STIP | 11.70 |
| Vacation | 32.31 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement


HUMANA.
*Guidance when you need it most*

Home  Logout  Help

## Payslip

| | | | |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | ltrump@humana.com |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip  21-MAY-2010 - 167472 - Check 1  ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate | **Laurie L. Trump** | Employer name | **Humana Insurance Company** |
| Employee Address | **16601 W 132nd Circle** | Organization | **HIC Market Clinical - Sr Prd -** |
| | **Olathe** | | **Regional** |
| | **KS** | Location | **PR-Mkt Off-KC&Missou** |
| | **66062** | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 21-May-2010 | 02-May-2010 | 15-May-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 871128290 | Community America Credit Union | C | XXXXXX5708 | 1,455.30 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,210.67 | 365.82 | 371.96 | 13.09 | 1,455.30 |
| **YTD** | 23,440.84 | 3,791.61 | 3,981.14 | 130.90 | 15,492.19 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 0.00 | 1,470.00 |
| Personal Day 1 | 8.00 | 220.62 | 441.24 |
| Time Entry Wages | 64.00 | 1,764.93 | 18,972.99 |
| STIP | 8.00 | 220.62 | 441.24 |
| Basic Life | | 4.50 | 45.00 |

### Rate Details

https://oracleapps.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...   7/10/2010

## Pre-Tax Deductions

| Description | Current | YTD |
| --- | --- | --- |
| Dental | 23.23 | 232.30 |
| Medical | 121.97 | 1,219.70 |
| Pre Tax 401K US | 220.62 | 2,339.61 |

## Taxes

| Description | Current | YTD |
| --- | --- | --- |
| Federal Tax | 155.67 | 1,650.71 |
| Social Security | 128.06 | 1,363.31 |
| Medicare | 29.95 | 318.84 |
| KS State Tax | 58.28 | 648.28 |

## After-Tax Deductions

| Description | Current | YTD |
| --- | --- | --- |
| Union Dues | 13.09 | 130.90 |

## Accruals

| Description | Balance |
| --- | --- |
| Personal Holiday | 0.00 |
| STIP | 8.62 |
| Short Term Disability | 0.00 |
| Vacation | 27.69 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
| --- | --- | --- | --- | --- | --- |
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

https://oracleapps.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...   7/10/2010

Payslip


HUMANA.
*Guidance when you need it most*

## Payslip

| | | | |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | ltrump@humana.com |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip   07-MAY-2010 - 167472 - Check 1   ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate Employee Address | **Laurie L. Trump**<br>**16601 W 132nd Circle**<br>**Olathe**<br>**KS**<br>**66062** | Employer name<br>Organization<br>Location | **Humana Insurance Company**<br>**HIC Market Clinical - Sr Prd -**<br>**Regional**<br>**PR-Mkt Off-KC&Missou** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 07-May-2010 | 18-Apr-2010 | 01-May-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 863175053 | Community America Credit Union | C | XXXXXX5708 | 1,455.29 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,210.66 | 365.82 | 371.96 | 13.09 | 1,455.29 |
| **YTD** | 21,230.17 | 3,425.79 | 3,609.18 | 117.81 | 14,036.89 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 0.00 | 1,470.00 |
| Personal Day 1 | | 0.00 | 220.62 |
| Time Entry Wages | 80.00 | 2,206.16 | 17,208.06 |
| STIP | | 0.00 | 220.62 |
| Basic Life | | 4.50 | 40.50 |

### Rate Details

https://oracleapps.humana.com/OA_HTML/OA.jsp? rc=PAY_PAYSLIP_TOP_SS&_ri=8...   7/10/2010

Payslip

Page 2 of 2

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 121.97 | 1,097.73 |
| Dental | 23.23 | 209.07 |
| Pre Tax 401K US | 220.62 | 2,118.99 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 155.67 | 1,495.04 |
| Social Security | 128.06 | 1,235.25 |
| Medicare | 29.95 | 288.89 |
| KS State Tax | 58.28 | 590.00 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 117.81 |

## Accruals

| Description | Balance |
|---|---|
| Personal Holiday | 8.00 |
| STIP | 13.54 |
| Short Term Disability | 0.00 |
| Vacation | 23.08 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.

Case 10-22422   Doc# 3   Filed 07/15/10   Page 11 of 29

https://oracleapps.humana.com/OA_HTML/OA.jsp? rc=PAY_PAYSLIP_TOP_SS& ri=8...   7/10/2010



## Payslip

| | | Email Address | ltrump@humana.com |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Business Group | **Humana Corporate** |
| Associate ID Number | **167472** | | |

Choose a Payslip   23-APR-2010 - 167472 - Check 1   ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate | **Laurie L. Trump** | Employer name | **Humana Insurance Company** |
| Employee Address | **16601 W 132nd Circle** | Organization | **HIC Market Clinical - Sr Prd - Regional** |
| | **Olathe** | Location | **PR-Mkt Off-KC&Missou** |
| | **KS** | | |
| | **66062** | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 23-Apr-2010 | 04-Apr-2010 | 17-Apr-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 855626716 | Community America Credit Union | C | XXXXXX5708 | 1,455.29 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,210.66 | 365.82 | 371.96 | 13.09 | 1,455.29 |
| **YTD** | 19,019.51 | 3,059.97 | 3,237.22 | 104.72 | 12,581.60 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 0.00 | 1,470.00 |
| Personal Day 1 | | 0.00 | 220.62 |
| Time Entry Wages | 80.00 | 2,206.16 | 15,001.90 |
| STIP | | 0.00 | 220.62 |
| Basic Life | | 4.50 | 36.00 |

### Rate Details

Case 10-22422   Doc# 3   Filed 07/15/10   Page 12 of 29

7/10/2010

https://oracleapps.humana.com/OA_HTML/OA.jsp? rc=PAY_PAYSLIP_TOP_SS&_ri=8...

Payslip

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 121.97 | 975.76 |
| Dental | 23.23 | 185.84 |
| Pre Tax 401K US | 220.62 | 1,898.37 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 104.72 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 155.67 | 1,339.37 |
| Social Security | 128.06 | 1,107.19 |
| Medicare | 29.95 | 258.94 |
| KS State Tax | 58.28 | 531.72 |

## Accruals

| Description | Balance |
|---|---|
| Short Term Disability | 0.00 |
| STIP | 10.47 |
| Vacation | 18.46 |
| Personal Holiday | 8.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

https://oracleapps.humana.com/OA_HTML/OA.jsp?rc=PAY_PAYSLIP_TOP_SS&_ri=8...    7/10/2010

Payslip

# HUMANA.
Guidance when you need it most

## Payslip

| | | | |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | ltrump@humana.com |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip   09-APR-2010 - 167472 - Check 1   ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate Employee Address | **Laurie L. Trump** **16601 W 132nd Circle** **Olathe** **KS** **66062** | Employer name Organization Location | **Humana Insurance Company** **HIC Market Clinical - Sr Prd - Regional** **PR-Mkt Off-KC&Missou** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 09-Apr-2010 | 21-Mar-2010 | 03-Apr-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 848112876 | Community America Credit Union | C | XXXXXX5708 | 1,455.30 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,210.67 | 365.82 | 371.96 | 13.09 | 1,455.30 |
| **YTD** | 16,808.85 | 2,694.15 | 2,865.26 | 91.63 | 11,126.31 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 0.00 | 1,470.00 |
| Personal Day 1 | 8.00 | 220.62 | 220.62 |
| Time Entry Wages | 64.00 | 1,764.93 | 12,795.74 |
| STIP | 8.00 | 220.62 | 220.62 |
| Basic Life | | 4.50 | 31.50 |

### Rate Details

Case 10-22422   Doc# 3   Filed 07/15/10   Page 14 of 29

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Medical | 121.97 | 853.79 |
| Dental | 23.23 | 162.61 |
| Pre Tax 401K US | 220.62 | 1,677.75 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 155.67 | 1,183.70 |
| Social Security | 128.06 | 979.13 |
| Medicare | 29.95 | 228.99 |
| KS State Tax | 58.28 | 473.44 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 91.63 |

## Accruals

| Description | Balance |
|---|---|
| Short Term Disability | 0.00 |
| STIP | 7.39 |
| Vacation | 13.85 |
| Personal Holiday | 8.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

https://oracleapps.humana.com/OA_HTML/OA.jsp?_re=PAY_PAYSLIP_TOP_SS&_ri=8    7/10/2010

Payslip

# HUMANA.
*Guidance when you need it most*

## Payslip

| | |
|---|---|
| Associate Name | **Laurie Trump** |
| Associate ID Number | **167472** |

Email Address **ltrump@humana.com**
Business Group **Humana Corporate**

Choose a Payslip    26-MAR-2010 - 167472 - Check 1    ( Go )

( Frequently Asked Questions )

( Payslip Help )

| Associate | **Laurie L. Trump** |
|---|---|
| Employee Address | **16601 W 132nd Circle** |
| | **Olathe** |
| | **KS** |
| | **66062** |

Employer name **Humana Insurance Company**
Organization **HIC Market Clinical - Sr Prd - Regional**
Location **PR-Mkt Off-KC&Missou**

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 26-Mar-2010 | 07-Mar-2010 | 20-Mar-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 840427228 | Community America Credit Union | C | XXXXXX5708 | 1,613.36 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| | | | 438.89 | 13.09 | 1,613.36 |
| **Current** | 2,460.66 | 390.82 | | 78.54 | 9,671.01 |
| **YTD** | 14,598.18 | 2,328.33 | 2,493.30 | | |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 250.00 | 1,470.00 |
| Time Entry Wages | 80.00 | 2,206.16 | 11,030.81 |
| Basic Life | | 4.50 | 27.00 |

### Rate Details

### Pre-Tax Deductions

Taxes

Case 10-22422    Doc# 3    Filed 07/15/10    Page 16 of 29

7/10/2010

https://www.humana.com/OA_HTML/OA.jsp? rc=PAY_PAYSLIP_TOP_SS&_ri=8...

Payslip

| Description | Current | YTD |
|---|---|---|
| Dental | 23.23 | 139.38 |
| Medical | 121.97 | 731.82 |
| Pre Tax 401K US | 245.62 | 1,457.13 |

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 189.42 | 1,028.03 |
| Social Security | 143.56 | 851.07 |
| Medicare | 33.57 | 199.04 |
| KS State Tax | 72.34 | 415.16 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 78.54 |

### Accruals

| Description | Balance |
|---|---|
| Short Term Disability | 0.00 |
| STIP | 12.31 |
| Vacation | 9.23 |
| Personal Holiday | 16.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

https://resleserve.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...    7/10/2010



## Payslip

| | | | |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | **ltrump@humana.com** |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip   12-MAR-2010 - 167472 - Check 1   ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate Employee Address | **Laurie L. Trump**<br>**16601 W 132nd Circle**<br>**Olathe**<br>**KS**<br>**66062** | Employer name<br>Organization<br><br>Location | **Humana Insurance Company**<br>**HIC Market Clinical - Sr Prd -**<br>**Regional**<br>**PR-Mkt Off-KC&Missou** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 26-Mar-2010 | 07-Mar-2010 | 20-Mar-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 840427228 | Community America Credit Union | C | XXXXXX5708 | 1,613.36 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,460.66 | 390.82 | 438.89 | 13.09 | 1,613.36 |
| **YTD** | 14,598.18 | 2,328.33 | 2,493.30 | 78.54 | 9,671.01 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | | 0.00 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | | 0.00 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 250.00 | 1,470.00 |
| Time Entry Wages | 80.00 | 2,206.16 | 11,030.81 |
| Basic Life | | 4.50 | 27.00 |

### Rate Details

### Pre-Tax Deductions                          Taxes

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| Dental | 23.23 | 139.38 | Federal Tax | 189.42 | 1,028.03 |
| Medical | 121.97 | 731.82 | Social Security | 143.56 | 851.07 |
| Pre Tax 401K US | 245.62 | 1,457.13 | Medicare | 33.57 | 199.04 |
| | | | KS State Tax | 72.34 | 415.16 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 78.54 |

## Accruals

| Description | Balance |
|---|---|
| Short Term Disability | 0.00 |
| STIP | 12.31 |
| Vacation | 9.23 |
| Personal Holiday | 16.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home  |  Logout  |  Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

Payslip


HUMANA.
*Guidance when you need it most*

## Payslip

| | | |
|---|---|---|
| Associate Name | **Laurie Trump** | |
| Associate ID Number | **167472** | |

Email Address    ltrump@humana.com
Business Group    **Humana Corporate**

Choose a Payslip   26-FEB-2010 - 167472 - Check 1    ( Go )

( Frequently Asked Questions )
( Payslip Help )

Associate
Employee Address
**Laurie L. Trump**
**16601 W 132nd Circle**
**Olathe**
**KS**
**66062**

Employer name   **Humana Insurance Company**
Organization   **HIC Market Clinical - Sr Prd - Regional**
Location   **PR-Mkt Off-KC&Missou**

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 26-Feb-2010 | 07-Feb-2010 | 20-Feb-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 825492336 | Community America Credit Union | C | XXXXXX5708 | 1,369.35 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,074.72 | 352.22 | 335.56 | 13.09 | 1,369.35 |
| **YTD** | 9,441.86 | 1,523.19 | 1,552.61 | 52.36 | 6,295.70 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Vacation | 16.00 | 441.24 | 441.24 |
| Holiday Pay | | 0.00 | 661.86 |
| Unavail Vac | -4.93 | -135.95 | -135.95 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 0.00 | 735.00 |
| Time Entry Wages | 64.00 | 1,764.93 | 6,618.49 |
| Basic Life | | 4.50 | 18.00 |

### Rate Details

Pre-Tax Deductions                          Taxes

https://oracleapps.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...

Payslip

| Description | Current | YTD |
|---|---|---|
| Medical | 121.97 | 487.88 |
| Dental | 23.23 | 92.92 |
| Pre Tax 401K US | 207.02 | 942.39 |

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 137.32 | 617.47 |
| Social Security | 119.63 | 549.39 |
| Medicare | 27.98 | 128.49 |
| KS State Tax | 50.63 | 257.26 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 52.36 |

## Accruals

| Description | Balance |
|---|---|
| Personal Holiday | 16.00 |
| STIP | 6.16 |
| Vacation | 0.00 |
| Short Term Disability | 0.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 1 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home  |  Logout  |  Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

rc=PAY_PAYSLIP_TOP_SS&_ri=8...    7/10/2010

# HUMANA.
*Guidance when you need it most*

## Payslip

|  |  |  |  |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | ltrump@humana.com |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip   12-FEB-2010 - 167472 - Check 1   ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate | **Laurie L. Trump** | Employer name | **Humana Insurance Company** |
| Employee Address | **16601 W 132nd Circle** | Organization | **HIC Market Clinical - Sr Prd - Regional** |
| | **Olathe** | Location | **PR-Mkt Off-KC&Missou** |
| | **KS** | | |
| | **66062** | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 12-Feb-2010 | 24-Jan-2010 | 06-Feb-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 818097159 | Community America Credit Union | C | XXXXXX5708 | 1,476.36 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,210.67 | 365.82 | 350.90 | 13.09 | 1,476.36 |
| **YTD** | 7,367.14 | 1,170.97 | 1,217.05 | 39.27 | 4,926.35 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Holiday Pay | 8.00 | 220.62 | 661.86 |
| Vac Med | | 0.00 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 0.00 | 735.00 |
| Time Entry Wages | 72.00 | 1,985.55 | 4,853.56 |
| Basic Life | | 4.50 | 13.50 |

### Rate Details

| Pre-Tax Deductions | | | Taxes | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |

Payslip

| Medical | 121.97 | 365.91 | Federal Tax | 134.61 | 480.15 |
|---|---|---|---|---|---|
| Dental | 23.23 | 69.69 | Social Security | 128.06 | 429.76 |
| Pre Tax 401K US | 220.62 | 735.37 | Medicare | 29.95 | 100.51 |
| | | | KS State Tax | 58.28 | 206.63 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 39.27 |

## Accruals

| Description | Balance |
|---|---|
| STIP | 3.08 |
| Short Term Disability | 0.00 |
| Vacation | 6.46 |
| Personal Holiday | 16.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 2 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement

https://oracleapps.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...   7/10/2010



## Payslip

| | | | |
|---|---|---|---|
| Associate Name | **Laurie Trump** | Email Address | **ltrump@humana.com** |
| Associate ID Number | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip   29-JAN-2010 - 167472 - Check 1   ( Go )

( Frequently Asked Questions )

( Payslip Help )

| | | | |
|---|---|---|---|
| Associate Employee Address | **Laurie L. Trump** **16601 W 132nd Circle** **Olathe** **KS** **66062** | Employer name Organization Location | **Humana Insurance Company** **HIC Market Clinical - Sr Prd - Regional** **PR-Mkt Off-KC&Missou** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 29-Jan-2010 | 10-Jan-2010 | 23-Jan-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 810508320 | Community America Credit Union | C | XXXXXX5708 | 1,527.12 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,290.93 | 373.84 | 372.38 | 13.09 | 1,527.12 |
| **YTD** | 4,986.59 | 788.16 | 853.14 | 26.18 | 3,310.11 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Holiday Pay | | 0.00 | 220.62 |
| Vac Med | 26.46 | 729.77 | 729.77 |
| Sick Med | 15.38 | 424.19 | 424.19 |
| On Call Payments | | 250.00 | 735.00 |
| Time Entry Wages | 32.00 | 882.47 | 2,868.01 |
| Basic Life | | 4.50 | 9.00 |

### Rate Details

| Pre-Tax Deductions | | | Taxes | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |

| Dental | 23.23 | 46.46 | Federal Tax | 145.45 | 345.54 |
|--------|-------|-------|-------------|--------|--------|
| Medical | 121.97 | 243.94 | Social Security | 133.03 | 291.16 |
| Pre Tax 401K US | 228.64 | 497.76 | Medicare | 31.11 | 68.09 |
| | | | KS State Tax | 62.79 | 148.35 |

## After-Tax Deductions

| Description | Current | YTD |
|-------------|---------|-----|
| Union Dues | 13.09 | 26.18 |

## Accruals

| Description | Balance |
|-------------|---------|
| Personal Holiday | 16.00 |
| Short Term Disability | 0.00 |
| STIP | 0.00 |
| Vacation | 0.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|------|----------------|------------|-------------------|-----------------|---------------------|
| Federal | Married | 2 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement


*Guidance when you need it most*

## Payslip

| | |
|---|---|
| Associate Name **Laurie Trump** | Email Address ltrump@humana.com |
| Associate ID Number **167472** | Business Group **Humana Corporate** |

Choose a Payslip   29-JAN-2010 - 167472 - Check 2  ·  ( Go )

( Frequently Asked Questions )
( Payslip Help )

| | | | |
|---|---|---|---|
| Associate | **Laurie L. Trump** | Employer name | **Humana Insurance Company** |
| Employee Address | **16601 W 132nd Circle** | Organization | **HIC Market Clinical - Sr Prd - Regional** |
| | **Olathe** | Location | **PR-Mkt Off-KC&Missou** |
| | **KS** | | |
| | **66062** | | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 29-Jan-2010 | 10-Jan-2010 | 23-Jan-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 811117193 | Community America Credit Union | C | XXXXXX5708 | 139.88 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 169.88 | 16.99 | 13.01 | 0.00 | 139.88 |
| **YTD** | 5,156.47 | 805.15 | 866.15 | 26.18 | 3,449.99 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Holiday Pay | 8.00 | 220.62 | 441.24 |
| Vac Med | -1.84 | -50.74 | 679.03 |
| Sick Med | | 0.00 | 424.19 |
| On Call Payments | | 0.00 | 735.00 |
| Time Entry Wages | | 0.00 | 2,868.01 |
| Basic Life | | 0.00 | 9.00 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental | 0.00 | 46.46 |
| Medical | 0.00 | 243.94 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 345.54 |
| Social Security | 10.54 | 301.70 |

| Pre Tax 401K US | 16.99 | 514.75 | Medicare | 2.47 | 70.56 |
|---|---|---|---|---|---|
| | | | KS State Tax | 0.00 | 148.35 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 0.00 | 26.18 |

### Accruals

| Description | Balance |
|---|---|
| STIP | 0.00 |
| Short Term Disability | 0.00 |
| Personal Holiday | 16.00 |
| Vacation | 1.84 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 2 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

Home | Logout | Help

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement


HUMANA.
*Guidance when you need it most.*

## Payslip

| | | | |
|---|---|---|---|
| **Associate Name** | **Laurie Trump** | Email Address | ltrump@humana.com |
| **Associate ID Number** | **167472** | Business Group | **Humana Corporate** |

Choose a Payslip    15-JAN-2010 - 167472 - Check 1    ( Go )

( Frequently Asked Questions )
( Payslip Help )

| | | | |
|---|---|---|---|
| **Associate Employee Address** | **Laurie L. Trump 16601 W 132nd Circle Olathe KS 66062** | Employer name Organization Location | **Humana Insurance Company HIC Market Clinical - Sr Prd - Regional PR-Mkt Off-KC&Missou** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 15-Jan-2010 | 27-Dec-2009 | 09-Jan-2010 | 57,360.00 | 57,360.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 802292691 | Community America Credit Union | C | XXXXXX5708 | 1,782.99 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 2,695.66 | 414.32 | 480.76 | 13.09 | 1,782.99 |
| **YTD** | 2,695.66 | 414.32 | 480.76 | 13.09 | 1,782.99 |

### Hours and Earnings

| Description | Current Hours | Current Amount | YTD Amount |
|---|---|---|---|
| Holiday Pay | 8.00 | 220.62 | 220.62 |
| On Call Payments | | 485.00 | 485.00 |
| Time Entry Wages | 72.00 | 1,985.54 | 1,985.54 |
| Basic Life | | 4.50 | 4.50 |

### Rate Details

| Pre-Tax Deductions | | | Taxes | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| Medical | 121.97 | 121.97 | Federal Tax | 200.09 | 200.09 |
| Dental | 23.23 | 23.23 | Social Security | 158.13 | 158.13 |

https://oracleapps.humana.com/OA_HTML/OA.jsp?_rc=PAY_PAYSLIP_TOP_SS&_ri=8...   7/10/2010

| Pre Tax 401K US | 269.12 | 269.12 | Medicare | 36.98 | 36.98 |
|---|---|---|---|---|---|
| | | | KS State Tax | 85.56 | 85.56 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union Dues | 13.09 | 13.09 |

## Accruals

| Description | Balance |
|---|---|
| Vacation | 21.85 |
| Personal Holiday | 16.00 |
| STIP | 12.31 |
| Short Term Disability | 0.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Married | 2 | 0.00 | 0.00 | 0 |
| Kansas | Joint | 2 | 0.00 | 0.00 | 0 |

**Home | Logout | Help**

Copyright (c) 2006, Oracle. All rights reserved.

Privacy Statement