# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: )
Laura Lynn Trump ) Case No. -
)
                Debtor(s). )

## DEBTOR'S CHAPTER 13 PLAN AND PLAN SUMMARY

**DEBTOR:** Laura Lynn Trump        SSN (last four): 2094
**ADDRESS:** 16601 W 132nd Circle
Olathe, KS 66062

DEBTOR'S ATTORNEY: Sarah A. Sypher KS Supreme Court # 21993

**PLAN PAYMENT:** Debtor shall pay approximately $66 monthly from all future earnings directly to the standing Chapter 13 trustee.

Debtor agrees in advance to any necessary plan payment increases due to claims filed in amounts higher than originally scheduled. Debtor reserves the right to object to such claims for any reason, including amount of claim.

**ADMINISTRATIVE COSTS**:     Proposed pre-confirmation attorney fees are $3,350
                                       $ 0 has been paid by the Debtor to the attorney.
                                       $ 3350 (balance) will be paid through the plan

                               Filing Fee:    $ 0 already paid.
                                                   $ 274 paid through the plan.

Pursuant to Debtor's' fee agreement with counsel, post-confirmation attorney fees, if any, shall be paid through this Chapter 13 Plan at the rate in effect at the time the work is performed, currently $200/hour as an administrative expense by submission of fee application(s) by Debtor's' counsel.

In the event that this case is dismissed prior to confirmation, attorney fees shall be paid, to the extent possible, out of funds available.

**PRIORITY CLAIMS: NONE**

**RESIDENTIAL HOME MORTGAGES:**

| | CREDITOR | ARREARS AMOUNT | PLAN PAYMENT |
|---|---|---|---|
| 1ST | Bank of America Home Loans | $0 | paid outside plan |
| 2nd | CommunityAmerica Credit Union | $0 | paid outside plan |

**Arrearage Interest Rate = 0%**
**Post-petition payments are to be paid directly by Debtor.**

**LONG TERM DEBTS[3] PURSUANT TO §1322(b)(5) AND EXCEPTED FROM DISCHARGE PURSUANT TO §1328(a)(1)**

    **CREDITOR**                  **ARREARS AMOUNT**           **PLAN PAYMENT**

**SECURED CREDITORS:** The holder of such a claim shall retain its lien, unless avoided pursuant to §522(f), (§1325(a)(5)), until the earlier of the payment of the underlying debt determined under non-bankruptcy law or the discharge under §1328 and if the case is dismissed or converted without completion of the plan the lien also shall be retained by such holder to the extent recognized by applicable non-bankruptcy law.

Secured creditors other than those secured only by a mortgage on the Debtor's homestead, are generally paid the value of their collateral or the claim amount, whichever is less, with a discount rate applicable at time of filing.

|   | **EST. CLAIM** | **VALUE** | **AMT. TO BE PAID** |
|---|---|---|---|
| 1. Southwest National Bank | $1107 | $6000 | $1107 |

COLLATERAL: 2002 Ford Explorer
Debtor purchased this vehicle less than 910 days prior to filing. This claim shall be paid in full outside the Plan under the contract terms to protect the non-filing spouse.

**EXECUTORY CONTRACTS & UNEXPIRED LEASES: NONE**

**LIEN AVOIDANCES TO BE FILED: NONE**

**AUTO INSURANCE PROVIDER: Allstate**

**SPECIAL CLASS CREDITORS: NONE**

**GENERAL UNSECURED CREDITORS:** Creditors with general unsecured non-priority claims will be paid any funds NOT NECESSARY TO SATISFY administrative expenses, secured claims and priority claims, within the initial 36 months of this Plan.

**TERMINATION:** Plan shall terminate upon payment of the above, no more than 60 months.

**OTHER REMARKS OR PROVISIONS: NONE**

Dated: July 15, 2010

Debtor: /s/ Laura Lynn Trump

BY:    /s/ Sarah A. Sypher_____
        Sarah A. Sypher #21993
        Sypher Law Group, L.L.C.
        10955 Lowell Avenue, Suite 630
        Overland Park, KS 66210
        sarah@sypherlaw.com