IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                )
                                      )
LAURA LYNN TRUMP,                     )     CASE NO. 10-22422
                                      )
        DEBTOR.                       )

## OBJECTION TO CONFIRMATION OF PLAN

COME NOW the Creditor Bill Vientos, by and through his attorney, Colin N. Gotham of Evans & Mullinix, P.A., and for his objection to Debtor's Chapter 13 Plan. In support of said Objection, the Creditor states as follows:

1. Debtor's Chapter 13 Plan fails to pay Creditor's priority and/or secured claim of approximately $25,000.00.

2. Debtor's Chapter 13 Plan was filed with a lack of good faith in that the Debtor and/or Debtor's spouse purchased a vehicle immediately preceding the filing of the bankruptcy petition.

3. Debtor's Plan fails to commit all disposable income for sixty (60) months.

WHEREFORE, Creditor prays that the Court deny the confirmation of plan, for the dismissal of Debtor's Chapter 13 case, and for such other relief as the Court deems just and equitable.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (FAX)
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System on the date entered on the court's docket.

/s/ *Colin N. Gotham*
Colin N. Gotham