IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
    LAURA LYNN TRUMP

                    Debtor(s)          Case No: 10-22422-13

**TRUSTEE'S OBJECTION TO CONFIRMATION**

**COMES NOW** the Chapter 13 Trustee, W. H. Griffin, and hereby Objects to the debtor's(s') Chapter 13 Plan filed on July 15, 2010. In support of the Trustee's Objection, the court is advised as follows:

   DEBTOR'S PLAN DOES NOT ADDRESS A JUDGMENT FOR OVERPAYMENT
   OF CHILD SUPPORT & MAINTENANCE THAT MAY EITHER BE A NON-
   DISCHARGEABLE SUPPORT CLAIM OR A SECURED CLAIM UNDER KANSAS
   LAW.

   Until the debtor's(s') Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the debtor's Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the debtor's(s') Chapter 13 Plan as proposed for the reasons more fully outlined herein.

                          Respectfully submitted by:


                          s/W. H. Griffin, Chapter 13 Trustee
                           W. H. Griffin #08060
                           6330 Lamar Suite 110
                           Overland Park, KS 66202-4286
                           (913)677-1311
                           (913)432-7857 (Fax)
                           inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

    I, the undersigned, do hereby certify that the debtor and debtor's attorney will be served either electronically or via U.S. mail.


DEBTOR(S)

    LAURA LYNN TRUMP
    16601 W 132ND CIRCLE
    OLATHE KS  66062


ATTORNEY FOR DEBTOR(S)

    SYPHER LAW GROUP LLC
    10955 LOWELL
    SUITE 630
    OVERLAND PARK  KS  66210


                                                s/W. H. Griffin, Chapter 13 Trustee
                                                  W. H. Griffin, Chapter 13 Trustee